THE STATE on the complaint of HARRIET L. DRAKE v.
DEMOSS.

It was not necessary, under the R. S. 1843, that the affidavit, upon a complaint for bastardy, should state the complainant's place of residence.

ERROR to the *Pulaski* Circuit Court.

*Thursday,
June 2.*

ROACHE, J.—This was a case of bastardy, instituted on the complaint of *Harriet L. Drake*, before a justice of the peace, on the 25th day of *March*, 1848.   Upon an examination before the justice, the defendant was adjudged to be the father of the bastard, and recognized to appear at the next term of the Circuit Court of *Pulaski* county, to answer the accusation.

The defendant appeared in the Circuit Court and moved to *quash the proceeding*, on the ground that the affidavit filed before the justice was defective in not sufficiently alleging the residence of the complainant.   The Court sustained the motion, and dismissed the complaint.

This was erroneous.   Under the act of 1843, R. S. p. 363, s. 1, it was not necessary that the affidavit should state the complainant's place of residence.   See *The State &c.* v. *Gray*, 8 Blackf. 274. (1).

*Per Curiam.*—The judgment is reversed with costs. Cause remanded, &c.

*D. S. Gooding*, for the state.

*W. Z. Stuart* and *W. Wright*, for the defendant.

(1) STUART, J., having been concerned as counsel, was absent.